(June 28, 1905.)

## CHEMUNG MINING COMPANY v. MORGAN, JUDGE.

[81 Pac. 384.]

APPLICATION FOR WRIT OF MANDATE—WHERE OFFICER ACTS BEFORE WRIT IS ISSUED, WRIT WILL BE DENIED.

1. Writ of mandate will not issue where the officer against whom the writ is prayed for has performed the acts sought to be compelled before the writ is issued.

(Syllabus by the court.)

ORIGINAL proceedings for writ of mandate. Writ denied.

George Turner, John P. Gray and Albert Allen, for Plaintiff.

W. E. Borah and M. A. Folsom, for Defendant.

SULLIVAN, J.—This is an original application for a peremptory writ of mandate to the judge of the district court of the first judicial district of the state of Idaho, in and for Shoshone county, commanding said judge to immediately proceed and decide the motion of the plaintiff, a corporation, for the

appointment of a receiver and the granting of an injunction in an action it has pending in said court in which the petitioner, the Chemung Mining Company, is plaintiff, and one Kennedy J. Hanley is defendant.

Said petition was filed in this court on the twentieth day of June, 1905, and the defendant appeared on that day by his counsel and was given until the twenty-first day of June,.1905, in which to answer. On that day his answer was filed. Thereupon the case was argued by respective counsel, and the matter taken under advisement by this court, and before the court arrived at a conclusion the defendant judge had acted in such matter and denied the motion of plaintiff and petitioner. The necessity for the writ having been thus removed, the application is therefore denied.

Stockslager, C. J., and Ailshie, J., concur.